**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:13CR00134-01 SWW** |
| | ) | |
| **JUAN ALBERTO GARCIA** | ) | |

**ORDER**

The defendant's motion for continuance (docket entry no. 80) is granted, and the plea and arraignment is re-scheduled for Wednesday, May 29, 2013, at 11:00 a.m. This Order will provide the only notice to the defendant of the new time for the plea and arraignment.

IT IS SO ORDERED this  20   day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE